STATE OF NEW JERSEY v. DAVID RIVERA.

January 14, 1985.

Petition for certification denied.


STATE OF NEW JERSEY v. JOHN L. OTTENTHAL.

January 14, 1985.

Petition for certification denied.


VINCENT FENNECK v. N.J. STATE PAROLE BOARD.

January 14, 1985.

Petition for certification denied.


PUBLIC SERVICE ELECTRIC AND GAS CO., A NEW JERSEY
CORPORATION v. UNION DRY DOCK & REPAIR COMPANY,
A NEW JERSEY CORPORATION.

January 14, 1985.

Petitions for certification denied.